171 So. 923

**Tommie GILLILAND v. STATE.**

6 Div. 67.

Court of Appeals of Alabama.

Jan. 12, 1937.

BRICKEN, Presiding Judge.

Affirmed.

173 So. 918

**Josie GLASS v. CITY OF TALLADEGA.**

7 Div. 235.

Court of Appeals of Alabama.

Jan. 19, 1937.

RICE, Judge.

Affirmed.

169 So. 909

**Hugh GLENN v. STATE.**

6 Div. 845.

Court of Appeals of Alabama.

June 16, 1936.

BRICKEN, Presiding Judge.

Affirmed.

164 So. 917

**Tee GLENN v. STATE.**

4 Div. 152.

Court of Appeals of Alabama.

Nov. 12, 1935.

RICE, Judge.

Appeal dismissed.

173 So. 918

**Grady GOGGANS v. STATE.**

7 Div. 270.

Court of Appeals of Alabama.

Feb. 16, 1937.

Rehearing Denied March 16, 1937.

J. A. Johnson, of Fort Payne, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Reversed and remanded on authority of Scott v. City of Troy, 24 Ala.App. 453, 136 So. 432.

164 So. 917

**Walter GORUM v. STATE.**

4 Div. 141.

Court of Appeals of Alabama.

Nov. 12, 1935.

SAMFORD, Judge.

Appeal dismissed.

170 So. 919

**Fred GOYNES and Frank Goynes v. STATE.**

1 Div. 263.

Court of Appeals of Alabama.

Nov. 24, 1936.

SAMFORD, Judge.

Affirmed.